

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00418-CV

———————————————

IN RE EDWIN HORTON WITHERSPOON

Original Proceeding
Trial Court Nos. 1604557, 1604567

Before Bassel, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

This court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: November 18, 2019